GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

FILED

2021 AUG 11 PM 12:58

US DISTRICT COURT
DISTRICT OF ARIZONA

CR21-01935 TUC-JCH(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Jose Cruz Valenzuela Munoz,

    Defendant.

No.

**INDICTMENT**

VIO:  18 U.S.C. § 554(a)
(Smuggling Goods from the United States)

**THE GRAND JURY CHARGES:**

On or about January 18, 2017, in the District of Arizona, JOSE CRUZ VALENZUELA MUNOZ knowingly and fraudulently attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 5,000 rounds of Wolf 7.62x39mm caliber ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1.

///

In violation of Title 18, United States Code, Section 554(a).

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: August 11, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/S/

ANGELA W. WOOLRIDGE
Assistant U.S. Attorney

*United States of America v. Jose Cruz Valenzuela-Munoz*
*Indictment Page 2 of 2*